# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION

15-6045-file

MDL No. 2672

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO −8)

On December 8, 2015, the Panel transferred 56 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2015). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of December 8, 2015, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Dec 18, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

I hereby certify that the annexed
instrument is a true and correct copy
of the original on file in my office.

ATTEST:
SUSAN Y. SOONG
Clerk, U.S. District Court
Northern District of California

by: R.C. Asantos
Deputy Clerk
Date: 12/18/2015

IN RE: VOLKSWAGEN "CLEAN DIESEL"
MARKETING, SALES PRACTICES, AND
PRODUCTS LIABILITY LITIGATION                          MDL No. 2672

## SCHEDULE CTO-8 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| OKLAHOMA NORTHERN | | | |
| OKN | 4 | 15−00582 | Stegen v. Volkswagen AG et al |
| OKN | 4 | 15−00636 | Dunham v. Thornton German Imports, LLC et al |
| OKLAHOMA WESTERN | | | |
| OKW | 5 | 15−01063 | Ivanoski v. Volkswagen Group of America Inc et al |
| OKW | 5 | 15−01064 | Krieger et al v. Volkswagen Group of America Inc |
| OKW | 5 | 15−01182 | Henderson et al v. Volkswagen Group of America Inc |
| OREGON | | | |
| OR | 6 | 15−01825 | Downing−Moore et al v. Volkswagen Group of America, Inc. et al |
| PENNSYLVANIA EASTERN | | | |
| PAE | 2 | 15−05333 | FABIANO et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 2 | 15−05364 | GRADEL et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 2 | 15−05440 | FUGATE et al v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |
| PAE | 2 | 15−05588 | WEITZMAN et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 2 | 15−05738 | FEENEY v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 2 | 15−06061 | SINGH et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 2 | 15−06384 | HENDRICKS et al v. VOLKSWAGEN GROUP OF AMERICA, INC. |
| PAE | 5 | 15−06045 | BROWN DAUB CHEVROLET OF NAZARETH, INC. v. VOLKSWAGEN GROUP OF AMERICA, INC. et al |//
| PENNSYLVANIA MIDDLE | | | |

| | | | |
|---|---|---|---|
| PAM | 1 | 15-02295 | Horton v. Volkswagen Aktiengesellschaft |
| PAM | 3 | 15-02036 | Gorel et al v. Volkswagen Group of America, Inc |
| PAM | 3 | 15-02317 | Yordy et al v. Volkswagen Group of America, Inc. |

## RHODE ISLAND

| | | | |
|---|---|---|---|
| RI | 1 | 15-00407 | Stolz v. Volkswagen Group of America, Inc. |

## SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 2 | 15-04003 | Edwards v. Volkswagen Group of America Inc |
| SC | 2 | 15-04257 | Glowacki et al v. Volkswagen Group of America Inc et al |
| SC | 2 | 15-04264 | Riney v. Volkswagen Group of America Inc et al |
| SC | 6 | 15-04265 | Wulf et al v. Volkswagen Group of America Inc et al |

## TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 1 | 15-00252 | Araujo et al v. Volkswagen Group of America, Inc. |
| TNE | 1 | 15-00253 | de Romero v. Volkswagen Group of America, Inc. |
| TNE | 1 | 15-00254 | Hess v. Volkswagen Group of America, Inc |
| TNE | 1 | 15-00255 | McCann v. Volkswagen Group of America, Inc. et al |
| TNE | 1 | 15-00260 | Bozzelli v. Volkswagen Group of America, Inc. |
| TNE | 1 | 15-00269 | Stempien v. Volkswagen Group of America, Inc |
| TNE | 1 | 15-00271 | Kelley et al v. Volkswagen Group of America, Inc et al |
| TNE | 1 | 15-00275 | Plemmons v. Volkswagen AG et al |
| TNE | 1 | 15-00285 | Levy v. Volkswagen Group of America, Inc. |
| TNE | 1 | 15-00286 | Landau et al v. Volkswagen Group of America, Inc. |
| TNE | 1 | 15-00294 | Fela v. Volkswagen Group of America, Inc |
| TNE | 1 | 15-00309 | Labbate v. Volkswagen AG et al |

## TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 2 | 15-00061 | Rogers v. Volkswagen AG et al |
| TNM | 3 | 15-01028 | Kurtz v. Volkswagen Group of America, Inc. |
| TNM | 3 | 15-01104 | Kirkwood v. Volkswagen Group of America, Inc. |
| TNM | 3 | 15-01107 | Gentry v. Volkswagen Group of America, Inc. |

## TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 2 | 15-02655 | Epperson, et al. v. Volkswagen of America, Inc. |
| TNW | 2 | 15-02670 | Knisley et al v. Volkswagen Group of America, Inc. |

## TEXAS EASTERN

| | | | |
|---|---|---|---|
| TXE | 4 | 15-00691 | Henry v. Volkswagen Group of America, Inc. |

## TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 1 | 15-00186 | Brigham v. Volkswagen AG et al |
| TXN | 3 | 15-03132 | Parsons v. Volkswagen Group of America Inc et al |

| | | | |
|---|---|---|---|
| TXN | 3 | 15-03248 | Vasilas et al v. Volkswagen Group of America Inc |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 2 | 15-00425 | Tamez v. Volkswagen Group of America, Inc. |
| TXS | 2 | 15-00434 | Quintanilla et al v. Volkswagen Group of America, Inc. et al |
| TXS | 4 | 15-02969 | Newton et al v. Volkswagen Group of America, Inc. |

TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 1 | 15-00884 | Shaw v. Volkswagen Group of America, Inc. |
| TXW | 1 | 15-00892 | Bixler et al v. Volkswagen Group et al |
| TXW | 5 | 15-00873 | Louis Favela, et al v. Volkswagen Group of America, Inc. |